# ALABAMA COURT OF CRIMINAL APPEALS



January 5, 2024

**CR-2022-1138**
David Ja Mal Coleman, Jr. v. State of Alabama (Appeal from Montgomery Circuit Court: CC-20-623)

## <u>NOTICE</u>

You are hereby notified that on January 5, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk